```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA and STATE OF NEW :
YORK ex rel. ANDREA DAVIS, :
:
Plaintiffs, :
: 23-cv-4716
-v- :
: ORDER
:
POLARIS HEALTHCARE SERVICES, POLARIS :
HEALTHCARE IPA, NEIL ZELMAN, and BASSIE :
FREIDMAN, :
:
Defendants. :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

All documents filed in this action prior to August 16, 2024 shall remain under seal and not be made public, except for the relator's complaint, the Court's August 16, 2024 Order, the United States' Notice of Election to Decline Intervention and the State of New York's Notice of Election to Decline Intervention which shall be unsealed.

All documents filed in this action after August 16, 2024 shall be unsealed.

SO ORDERED.

Dated: October 2, 2024
       New York, New York

                                            _____
                                                   LEWIS J. LIMAN
                                                United States District Judge